**In the Interest of R.G., Appellant.**

**No. ED 78074.**

Missouri Court of Appeals,
Eastern District,
Division Two.

May 9, 2001.

■

**STATE of Missouri, Respondent,**

v.

**Jerry Dean BOYD, Appellant.**

**No. ED 78130.**

Missouri Court of Appeals,
Eastern District,
Division Two.

May 9, 2001.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, MO, for appellant.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, Jr., J., and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

On April 14, 2000, R.G. was convicted under the Juvenile Code, section 211.031.1(3) RSMo.1994, of the delinquency offense of Robbery First Degree, section 569.020 RSMo. R.G. was then committed to the care, custody and control of the Missouri Division of Youth Services until his eighteenth birthday. R.G. appeals, alleging that the trial court erred in failing to suppress evidence obtained in violation of his Fourth Amendment right to be free from unreasonable searches and seizures when plain clothes police officers called him over to their unmarked car and he spontaneously confessed.